UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2009 JUL -8 PM 12:26

UNITED STATES OF AMERICA

vs.

INDICTMENT

NO. 4:09-CR-15-M

29 U.S.C. § 501(c)
18 U.S.C. § 1341

**RAY HORTON**

The Grand Jury charges:

### COUNT 1
(Theft of Funds)

In or about and between April 2006 and September 2007, in the Western District of Kentucky, Henderson County, Kentucky, **RAY HORTON,** while employed by Steelworkers Local Union 08-9443 to represent the Union as the Rapid Response Coordinator, did steal, and unlawfully and willfully abstract and convert to his own use, the moneys and funds of said labor organization in the approximate amount of $19,924. Said Steelworkers Local Union 08-9443 is, and was at the time, a labor organization engaged in an industry affecting commerce.

In violation of Title 29, United States Code, Section 501(c).

The Grand Jury further charges:

### COUNT 2
(Mail Fraud)

In or about and between September 2005 and November 2007, in the Western District of Kentucky, Henderson County, Kentucky, the

defendant, **RAY HORTON**, devised a scheme and artifice to defraud, and to obtain money by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme or artifice, placed and caused to be placed in a post office or authorized depository for mail matter to be sent and/or delivered by the Postal Service, solicitation letters and contributions for the erection of a Workers Memorial in Henderson County.

In violation of Title 18, United States Code, Section 1341.

A TRUE BILL.

_____
FOREPERSON

_____ AUSA
CANDACE G. HILL
ACTING UNITED STATES ATTORNEY

CGH:JHB:090619

UNITED STATES OF AMERICA v. RAY HORTON

## PENALTIES

Count 1:  NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:  NM 20 yrs./$250,000/both/NM 5 yrs. Supervised Release

## NOTICE

ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual         Felony:  $100 per count/individual
              $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due **immediately** unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

Case 4:09-cr-00015-JHM   Document 1   Filed 07/08/09   Page 5 of 5 PageID #: 5

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Owensboro Division

### THE UNITED STATES OF AMERICA
### vs.
### RAY HORTON

## INDICTMENT

**Title 29 U.S.C. § 501(c);**
**Title 18 U.S.C. § 1341:**
**Theft of Funds; Mail Fraud.**

*A true* _____

_____ *Foreman*

*Filed in open court this* 8th *day, of* July A.D. 2009.

_____ *Clerk*

*Bail, $*